**Order entered May 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

## IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** the May 5, 2015 motion of freelance court reporter Micaela Ynostrosa for an extension of time to file a supplemental reporter's record containing missing exhibits. Ms. Ynostrosa shall file the supplemental reporter's record by **MAY 18, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Ynostrosa, Joie Rivera, Official Court Reporter for the 255th Judicial District Court, and all counsel of record.

/s/    ELIZABETH LANG-MIERS
       JUSTICE